MAGISTRATE JUDGE DONOHUE

05-CR-05615-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | NO. CR05-5615 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |
| PHILLIP KRAUEL, | ) | |
| Defendant. | ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued to January 23, 2006. The period of delay resulting from this continuance from November 14, 2005, to January 23, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

DONE this 15th day of November, 2005.

*[signature]*
JUDGE JAMES P. DONOHUE
UNITED STATES MAGISTRATE JUDGE

Presented By:

/s/ Colin A. Fieman
Colin A. Fieman
Attorney for Defendant

/s/ Barbara Sievers
Barbara Sievers
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                     1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710